IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES RAY MOORE, | ) | 4:09CV3261 |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| GIBSON, Lincoln Regional Center Superintendent, and WAMPLER, attorney, | ) | |
| Defendants. | ) | |

Pursuant to the previous Memorandum and Order entered this date, this case is dismissed without prejudice.

February 11, 2010.              BY THE COURT:

                                *Richard G. Kopf*
                                United States District Judge